UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HAROLD SMITHERMAN, | * * * | |
| Plaintiff, | * * | |
| v. | * * | C.A. No. 13-10161-JLT |
| ANTHONY J. STEVENSON, et al., | * * * | |
| Defendants. | * * | |

ORDER

TAURO, J.

1. The plaintiff's motion (#54) for various forms of relief is DENIED. Insofar as the plaintiff seeks time to find someone to assist him to file a response to the answers, the request is unnecessary. No response to the answers is required. The motion is also denied to the extent that the plaintiff seeks a "hearing for evidence and posible [sic] settlement negotiation." Should the Court refer this action to the Court's mediation program, the mediator will address any issues associated with the mediation.

2. The motion for appointment of counsel (#55) is DENIED WITHOUT PREJUDICE. Based on the complaint and the answers, the Court cannot conclude that extraordinary circumstances exist that would merit the appointment of counsel. The Court notes that, if counsel is appointed at a later point, it will only be for the purpose of representing the plaintiff for the claims asserted in this action. The Court will not appoint counsel for the purposes of assisting the plaintiff in all of his outstanding legal issues.

IT IS SO ORDERED.

 2/10/14                             /s/ Joseph L. Tauro
DATE                                UNITED STATES DISTRICT JUDGE